**DISMISSED; Opinion Filed March 20, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00772-CV

**JOEL LEON THOMAS, Appellant**
**V.**
**LATANYA YOUNG THOMAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-53407-2018**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Myers

Appellant's brief has not been filed despite appellant being cautioned, by postcard dated March 1, 2019, that failure to file the brief by March 11, 2019 would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id*. 38.8(a)(1); 42.3(b), (c).

/Lana Myers/
LANA MYERS
JUSTICE

180772F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOEL LEON THOMAS, Appellant

No. 05-18-00772-CV      V.

LATANYA YOUNG THOMAS, Appellee

On Appeal from the 199th Judicial District Court, Collin County, Texas
Trial Court Cause No. 199-53407-2018.
Opinion delivered by Justice Myers.
Justices Osborne and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 20th day of March, 2019.